# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | CASE NO. 12-MD-02311<br>HON. MARIANNE O. BATTANI |
| In Re: OCCUPANT SAFETY SYSTEMS CASES | |
| THIS RELATES TO:  DIRECT PURCHASER ACTIONS | 12-cv-00601-MOB-MKM |

## ORDER REGARDING
## SECOND CONSOLIDATED AMENDED COMPLAINT

This Court having considered, at the February 12, 2014 Status Conference, Direct Purchaser Plaintiffs' request for leave to amend their complaint to extend the class period and to reflect the Takata guilty plea and the guilty pleas and criminal informations filed subsequent to the filing of the first Consolidated Amended Complaint:

IT IS ORDERED THAT:

1. Direct Purchaser Class Action Plaintiffs ("DP Plaintiffs") shall be permitted to file a Second Consolidated Amended Complaint, the new allegations of which shall be limited to the class period, the Takata guilty plea and the guilty pleas and criminal informations filed after the first Consolidated Amended Complaint was filed.  The Second Consolidated Amended Complaint shall be filed on or before March 1, 2014.

2. Defendants' supplemental Motion[s] to Dismiss, if any, shall be filed on or before April 1, 2014 and shall be limited to arguments relating to new allegations in the DP Plaintiffs' Second Consolidated Amended Complaint. In lieu of filing supplemental Motion[s] to Dismiss, Defendants may reincorporate their previously-filed Motion[s] to Dismiss.

3. Plaintiffs' Response[s] to Defendants' supplemental Motion[s] to Dismiss, if any, shall be filed on or before April 30, 2014 and shall be limited to new arguments addressed in Defendants' supplemental Motion[s] to Dismiss.

4. Defendants' Reply Brief[s] in Support of their supplemental Motion[s] to Dismiss, if any, shall be filed on or before May 15, 2014.

5. Oral argument on the Motion[s] to Dismiss will proceed on June 4, 2014, as previously scheduled.

SO ORDERED:

Date: March 28, 2014                          s/Marianne O. Battani
                                              Marianne O. Battani
                                              United States District Judge



IT IS SO STIPULATED:

                                              FINK + ASSOCIATES LAW

                                              /s/ David H. Fink
                                              David H. Fink (P28235)
                                              Darryl Bressack (P67820)
                                              100 West Long Lake Road, Suite 111
                                              Bloomfield Hills, MI 48304
                                              (248) 971-2500
                                              dfink@finkandassociateslaw.com
                                              dbressack@finkandassociateslaw.com

                                              **DIRECT PURCHASER INTERIM
                                              LIAISON COUNSEL**

PRETI, FLAHERTY, BELIVEAU                     KOHN, SWIFT & GRAF, P.C.
     & PACHIOS LLP                            Joseph C. Kohn
Gregory P. Hansel                             William E. Hoese
Randall B. Weill                              Douglas A. Abrahams
Michael Smith                                 One South Broad Street, Suite 2100
One City Center                               Philadelphia, PA 19107
P.O. Box 9546                                 (215) 238-1700
Portland, ME 04112-9546                       jkohn@kohnswift.com
(207) 791-3000                                whoese@kohnswift.com
ghansel@preti.com                             dabrahams@kohnswift.com
rweill@preti.com
msmith@preti.com

| | |
|---|---|
| FREED KANNER LONDON & MILLEN LLC | SPECTOR ROSEMAN KODROFF & WILLIS, P.C. |
| Michael J. Freed | Eugene A. Spector |
| Steven A. Kanner | William G. Caldes |
| William H. London | Jonathan M. Jagher |
| Michael L. Silverman | Jeffrey L. Spector |
| 2201 Waukegan Road, Suite 130 | 1818 Market Street, Suite 2500 |
| Bannockburn, IL 60015 | Philadelphia, PA 19103 |
| (224) 632-4500 | (215) 496-0300 |
| mfreed@fklmlaw.com | espector@srkw-law.com |
| skanner@fklmlaw.com | bcaldes@srkw-law.com |
| blondon@fklmlaw.com | jjagher@srkw-law.com |
| msilverman@fklmlaw.com | jspector@srkw-law.com |

**INTERIM LEAD COUNSEL FOR DIRECT PURCHASER PLAINTIFFS AND PROPOSED CLASS**

BUTZEL LONG

*/s/David F. DuMouchel* (w/consent)
David F. DuMouchel (P25658)
George B. Donnini (P66793)
150 West Jefferson, Suite 100
Detroit, MI 48226
Telephone: (313)225-7000
dumouchd@butzel.com
donnini@butzel.com

BAKER & MILLER PLLC
W. Todd Miller
2401 Pennsylvania Ave., NW, Suite 300
Washington, DC 20037
Telephone: (202)663-7820
TMiller@bakerandmiller.com

***Attorneys for defendants Tokai Rika Co., Ltd. and TRAM, Inc.***

DYKEMA GOSSETT PLLC

/s/ Howard B. Iwrey (w/ consent)
Howard B. Iwrey (P39635)
James P. Feeney (P13335)
Benjamin W. Jeffers (P57161)
David J. Council (P73163)

39577 Woodward Avenue; Suite 300
Bloomfield Hills, MI 48304
248-203-0700
hiwrey@dykema.com
jfeeney@dykema.com
bjeffers@dykema.com
dcouncil@dykema.com

**Attorneys for TRW Automotive Holdings Corporation, TRW Deutschland Holding GmbH**


KERR, RUSSELL AND WEBER

/s/ Joanne Geha Swanson (w/consent)
Joanne Geha Swanson (P33594)
Fred K. Herrmann (P49519)
500 Woodward
Suite 2500
Detroit, MI 48226-3427
313-961-0200
Fax: 313-961-0388
fherrmann@kerr-russell.com
dds@krwlaw.com
jgs@krwlaw.com


ALSTON & BIRD LLP
Michael L. Brown
Peter Kontio
1201 West Peachtree Street
Atlanta, GA 30309-3424
404-881-7589
mike.brown@alston.com
peter.kontio@alston.com

**Attorneys for Autoliv, Incorporated, Autoliv ASP, Incorporated, Autoliv B.V. & Co. KG, Autoliv Japan Ltd., Autoliv Safety Technology, Incorporated**

SCHIFF HARDIN LLP

/s/ Robert J. Wierenga (w/ consent)
Robert J. Wierenga (P59785)
350 South Main Street
Suite 210
Ann Arbor, MI 48104
734-222-1507
rwierenga@schiffhardin.com


Williams & Connolly LLP
Samuel Davidoff
725 Twelfth Street, NW
Washington, DC 20005
202-434-5648
Fax: 202-434-5029
Email: sdavidoff@wc.com

**Attorneys for Takata Corporation, TK Holdings, Incorporated**