EXHIBIT 2

EXHIBIT "2"

## AUTOMOTIVE PARTS ANTITRUST LITIGATION, 12-MD-02311, OCCUPANT SAFETY SYSTEMS, 2:12-CV-00601-MOB-MKM

REQUESTS FOR EXCLUSION FROM THE DIRECT
PURCHASER TRW SETTLEMENT CLASS

| | |
|---|---|
| Ford Motor Company<br>One American Road<br>Dearborn, MI 48126<br><br>Ford Motor Company of Canada Limited<br>The Canadian Road<br>P.O. Box 2000<br>Oakville, Ontario, Canada L6K 0C8<br><br>Ford Motor Company S.A. de C.V.<br>Paseo de Reforma 333<br>Col. Cuauhtemoc, 06500 Mexico, D.F.<br><br>Automotive Components Holding<br>17000 Rotunda Dr.<br>Dearborn, MI 48120<br><br>Auto Alliance International, Inc.<br>1 International Drive<br>Flat Rock, MI 48134<br><br>BMW Manufacturing Co., LLC | BMW Consolidation Services Co., LLC<br><br>FCA US LLC<br><br>Chrysler Group LLC<br><br>New CarCo Acquisition LLC<br><br>Old CarCo LLC<br><br>Chrysler LLC<br><br>DaimlerChrysler Company<br><br>Daimler Chrysler Corporation<br><br>Chrysler Corporation<br><br>FCA Italy S.p.A.<br><br>Fiat Group Automobiles S.p.A. |