**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** | **CASE NO. 12-MD-02311** |
| | **HON. MARIANNE O. BATTANI** |
| **In Re: OCCUPANT SAFETY SYSTEMS CASES** | |
| **THIS RELATES TO:** | **2:12-cv-00601-MOB-MKM** |
| **ALL DIRECT PURCHASER ACTIONS** | **2:16-cv-10002-MOB-MKM** |

**MOTION FOR PRELIMINARY APPROVAL OF PROPOSED
SETTLEMENT WITH TOKAI RIKA DEFENDANTS AND FOR
AUTHORIZATION TO DISSEMINATE NOTICE TO THE DIRECT
PURCHASER TOKAI RIKA AND TOYODA GOSEI SETTLEMENT CLASSES**

**INDEX OF EXHIBITS**

Ex. 1          Settlement Agreement

Ex. 2          Notice of Proposed Settlements and Claim Form

Ex. 3          Summary Notice