# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | CASE NO. 12-MD-02311<br><br>HON. MARIANNE O. BATTANI |
| In Re: OCCUPANT SAFETY SYSTEMS CASES | |
| THIS RELATES TO:<br><br>ALL DIRECT PURCHASER ACTIONS | 2:12-cv-00601-MOB-MKM<br><br>2:16-cv-10002-MOB-MKM |

## ORDER APPROVING PROPOSED PLAN FOR
## DISTRIBUTION OF SETTLEMENT FUNDS

AND NOW, this 21st day of November, 2018, upon consideration of Direct Purchaser Plaintiffs' Proposed Plan for Distribution of Funds Received in Settlements with the Tokai Rika and Toyoda Gosei Defendants (the "Toyoda Gosei and Tokai Rika Settlement Fund"), and following a duly noticed hearing on September 26, 2018, it is hereby ORDERED as follows:

1. The Court approves the Plan for Distribution of Settlement Funds set forth in the Notice of Proposed Settlements of Direct Purchaser Class Action with Tokai Rika and Toyoda Gosei Defendants and Hearing on Settlement Approval and Related Matters, and Claim Form as a fair and reasonable method to calculate claims and to distribute the Toyoda Gosei and Tokai Rika Settlement Fund to Settlement Class members.

2. The Toyoda Gosei and Tokai Rika Settlement Fund, with accrued interest, less any amounts approved by the Court for payment of attorneys' fees, litigation and administration costs and expenses, and incentive awards for the Class Representatives will be distributed *pro rata* among the members of the Settlement Classes who submit timely and valid Claim Forms. If

a Settlement Class member excludes itself from one or both of the settlements, it shall not receive a share of any settlement from which it opted out.

**IT IS SO ORDERED.**

Date:   November 21, 2018                              s/Marianne O. Battani
                                                       MARIANNE O. BATTANI
                                                       United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on November 21, 2018.

                                                       s/ Kay Doaks
                                                       Case Manager

2