**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

|  |  |
|---|---|
| **IN RE AUTOMOTIVE PARTS** <br> **ANTITRUST LITIGATION** | **Master File No. 12-md-02311** <br> **Honorable Sean F. Cox** |
| **IN RE: OCCUPANT SAFETY SYSTEMS** | |
| **THIS DOCUMENT RELATES TO:** <br> **ALL DIRECT PURCHASER CASES** | **2:12-cv-00601-SFC-RSW** <br> **2:16-cv-10002-SFC-RSW** |

**ORDER APPROVING PROPOSED PLAN FOR**
**DISTRIBUTION OF SETTLEMENT FUNDS**

AND NOW, this 21st day of September, 2022, upon consideration of Direct Purchaser

Plaintiffs' Proposed Plan for Distribution of Settlement Funds received in the settlements with

Joseph J. Farnan, Jr., solely as Trustee of the Reorganized TK Holdings Trust (the "Settling

Defendant"), and following a duly noticed hearing on September 15, 2022, it is hereby

ORDERED as follows:

1.   The Court approves the Plan for Distribution of Settlement Funds set forth in the

Notice of Proposed Settlement of Direct Purchaser Class Action with the Settling Defendant, and

Hearing on Settlement Approval and Related Matters, and Claim Form as a fair and reasonable

method to calculate claims and to distribute the TK Holdings Settlement Fund to Settlement

Class members.

2.   The TK Holdings Settlement Fund, with accrued interest, less any amounts

approved by the Court for settlement administration costs and expenses, will be distributed *pro*

*rata* among the members of the Settlement Class who have submitted timely and valid Claim

Forms. If a Settlement Class member excludes itself from the TK Holdings Settlement Class, it shall not receive a share of the TK Holdings Settlement Fund.

**IT IS SO ORDERED.**

Dated: September 21, 2022                    s/Sean F. Cox
                                             Sean F. Cox
                                             U. S. District Judge