UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : | CASE NO. 12-MD-02311 |
| | : | HON. F. KAY BEHM |
| IN RE: OCCUPANT SAFETY SYSTEMS CASES | : | |
| THIS RELATES TO ALL DIRECT PURCHASER ACTIONS | : | 2:12-cv-00601-FKB-RSW |

**ORDER AUTHORIZING DISTRIBUTION OF**
**SETTLEMENT FUNDS**

AND NOW, this 2nd day of September 2025, upon consideration of Plaintiffs' Motion for an Order Authorizing Distribution of Settlement Funds, the Memorandum in Support thereof (the "Memorandum"), and the entire record in this matter, it is hereby ORDERED as follows:

1. Payments to 22 Claimants from the Settlement Fund who have filed valid, or partially valid, claims totaling $12,220,654,824.10 as set forth in the Declaration of Andrew Clements dated July 16, 2025 and filed July 21, 2025, ECF No. 196 ("Clements Declaration") are hereby AUTHORIZED.

2. Claims to the Settlement Fund recommended for disallowance by the Settlement Administrator, as described in the Clements Declaration, are hereby DISALLOWED.

3. Payment to Epiq from the Settlement Fund in an amount not to exceed $40,000 for its settlement and claims administration services and costs, including tax preparation charges, from July 1, 2025 to the conclusion of the litigation, is hereby authorized.

4. A reserve fund in the amount of $40,000 be established for: payment of taxes due on interest earned by the Settlement Fund and tax preparation costs and payments for additional services and costs related to settlement and claims administration and bank fees and costs; and for payments of any unforeseen contingencies relating to the litigation.

5. The balance of the Settlement Fund, including any additional accrued interest and tax refund, but less any additional unforeseen costs and expenses related to settlement and claims administration, be paid in accordance with the *Proposed Process for Distributing the Net TK Holdings Net Settlement Fund* set forth in the Clements Declaration. Distributions shall be pro rata, based on the approved purchases.

6. The distributions authorized and approved herein shall be made as soon as can be reasonably accomplished.

7. The actions of Settlement Class Counsel and Epiq Class Action & Claims Solutions in connection with the administration of the settlements and the Settlement Fund are approved.

**SO ORDERED.**

Dated: September 2, 2025                    s/F. Kay Behm
                                            F. Kay Behm
                                            United States District Judge